**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>    **PLAINTIFF**<br><br>v.<br><br>DEBORAH CAMPBELL,<br>    **DEFENDANT** | CIVIL NO. 2:19-CV-272-DBH |

**ORDER ON PARTY-IN-INTEREST'S MOTION TO DISMISS**

The party-in-interest law firm's motion to dismiss is **GRANTED**. The plaintiff has not stated any substantive claim against the law firm, only a desire to secure the funds of a client under its control. As I stated at oral argument on August 21, 2019, the proper way to involve the law firm as the holder of funds is not by calling them a "nominal defendant," but by using Maine's trustee process to attach the funds under the law firm's control. See Me. R. Civ. P. 4B. The federal rules explicitly make such a state remedy available. See Fed. R. Civ. P. 64. I allowed the plaintiff until September 10 to request trustee process or amend its complaint to state a substantive claim against the law firm, and the plaintiff has failed to do so.

The motion to dismiss under Fed. R. Civ. P. 12(b)(6) is therefore **GRANTED**.

**SO ORDERED.**

**DATED THIS 23RD DAY OF SEPTEMBER, 2019**

                /S/D. BROCK HORNBY
                **D. BROCK HORNBY**
                **UNITED STATES DISTRICT JUDGE**